## UNITED STATES DISTICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC YOUNG; ADAM KURTZ; AND DAVID CRYSTAL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IFINEX INC.; BFXNA INC.; BFXWW INC.; TETHER HOLDINGS LIMITED; TETHER LIMITED; DIGFINEX INC.; TETHER OPERATIONS LIMITED; TETHER INTERNATIONAL LIMITED; AND JOHN DOES 1-50,<br><br>Defendants. | Case No. 20 Civ. 00169 |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of Plaintiffs Eric Young, Adam Kurtz, and David Crystal. The undersigned certifies that she is admitted to practice before this Court and hereby requests that all future correspondence and papers in this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated: January 8, 2020  
New York, NY

By: /s/ *Karen M. Lerner*  
Karen M. Lerner  
KIRBY MCINERNEY LLP  
250 Park Avenue, Suite 820  
New York, NY 10177  
Tel: (212) 371-6600  
Email: klerner@kmllp.com

*Counsel for Plaintiffs Eric Young, Adam Kurtz, and David Crystal and the Proposed Class*