UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC YOUNG, ADAM KURTZ, and DAVID CRYSTAL on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>  v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER LIMITED, DIGFINEX INC., TETHER OPERATIONS LIMITED, TETHER INTERNATIONAL LIMITED, AND JOHN DOES 1-50,<br>                  Defendants. | No. 20 Civ. 00169 (KPF)<br>ECF Case |
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>                  Plaintiffs,<br><br>  v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br>                  Defendants. | No. 19 Civ. 09236 (KPF)<br>ECF Case |

**NOTICE OF MOTION TO APPOINT
KIRBY MCINERNEY LLP AND THE RADICE LAW FIRM
<u>AS INTERIM LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that Plaintiffs Eric Young, Adam Kurtz, and David Crystal, through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 23(g), will and do hereby move this Court before The Honorable Katherine Polk Failla, Courtroom 618, at the United States Courthouse for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, at a time and date to be set by the Court, for entry of an order appointing as Interim Class Counsel the firms of Kirby McInerney LLP and The Radice Law Firm, P.C. (collectively, "Movants").

Please take further notice, that, in support of this motion, Movants rely on this Notice of Motion, the accompanying Memorandum of Law, and the Declaration of Karen M. Lerner with attached exhibits, and all other papers and proceedings had herein.

| | |
|---|---|
| Dated: January 13, 2020 | **KIRBY MCINERNEY LLP**<br><br>*/s/ Karen M. Lerner*<br>Karen M. Lerner<br>David E. Kovel<br>Thomas W. Elrod<br>Anthony E. Maneiro<br>250 Park Avenue, Suite 820<br>New York, New York 10177<br>Telephone: (212) 371-6600<br>Email: klerner@kmllp.com<br>           dkovel@kmllp.com<br>           telrod@kmllp.com<br>           amaneiro@kmllp.com<br><br>**RADICE LAW FIRM, P.C.**<br><br>*/s/ John Radice*<br>John Radice<br>April Lambert<br>Natasha Fernandez-Silber<br>475 Wall Street<br>Princeton, New Jersey 08540<br>Telephone: (646) 245-8502<br>E-mail: jradice@radicelawfirm.com<br>            alambert@radicelawfirm.com<br>            nsilber@radicelawfirm.com<br><br>*Counsel for Plaintiffs Eric Young, Adam Kurtz, and David Crystal* |