UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC YOUNG, ADAM KURTZ, and DAVID CRYSTAL on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER LIMITED, DIGFINEX INC., TETHER OPERATIONS LIMITED, TETHER INTERNATIONAL LIMITED, AND JOHN DOES 1-50,<br><br>                Defendants. | No. 20 Civ. 00169 (KPF)<br>ECF Case |
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>                Plaintiffs,<br><br>  v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>                Defendants. | No. 19 Civ. 09236 (KPF)<br>ECF Case |

**DECLARATION OF KAREN M. LERNER IN SUPPORT OF MOTION OF PLAINTIFFS ERIC YOUNG, ADAM KURTZ, AND DAVID CRYSTAL TO APPOINT KIRBY MCINERNEY LLP AND THE RADICE LAW FIRM <u>AS INTERIM LEAD COUNSEL</u>**

I, KAREN M. LERNER, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member in good standing of the Bar of the State of New York and am admitted to practice before this Court.

2. I am a member of the law firm of Kirby McInerney LLP ("Kirby McInerney"), counsel of record for Plaintiffs in the above-captioned actions ("Plaintiffs"). As such, I have knowledge of the matters set forth herein. I make this declaration in support of the Motion of Plaintiffs Eric Young, Adam Kurtz, and David Crystal to Appoint Kirby McInerney and The Radice Law Firm as Interim Lead Counsel.

3. Attached hereto as Exhibit A is a true and correct copy of the firm resume of Kirby McInerney LLP.

4. Attached hereto as Exhibit B is a true and correct copy of the firm resume of Radice Law Firm, P.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of January 2020
at New York, New York.

                                                */s/ Karen M. Lerner*

                                                **KIRBY McINERNEY LLP**
                                                Karen M. Lerner
                                                250 Park Avenue, Suite 820
                                                New York, New York 10177
                                                Telephone: (212) 371-6600
                                                Facsimile: (212) 751-2540
                                                Email: klerner@kmllp.com