AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Eric Young, et al. | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-169 |
| iFinex Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Eric Young, Adam Kurtz, and David Crystal.

Date: 02/04/2020

/s/ John Radice
*Attorney's signature*

John Radice (JR9033)
*Printed name and bar number*

Radice Law Firm, P.C.
475 Wall Street
Princeton, NJ 08540
*Address*

jradice@radicelawfirm.com
*E-mail address*

(646) 245-8502
*Telephone number*

(609) 385-0745
*FAX number*