UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*,<br><br>    Plaintiffs,<br>  -v.-<br>IFINEX INC., *et al.*,<br><br>    Defendants. | 19 Civ. 9236 (KPF) |
| ERIC YOUNG, *et al.*,<br><br>    Plaintiffs,<br>  -v.-<br>IFINEX INC., *et al.*,<br><br>    Defendants. | 20 Civ. 169 (KPF) |
| BRYAN FAUBUS,<br><br>    Plaintiff,<br>  -v.-<br>IFINEX INC., *et al.*,<br><br>    Defendants. | 20 Civ. 211 (KPF) |
| JOSEPH EBANKS,<br><br>    Plaintiff,<br>  -v.-<br>IFINEX INC., *et al.*,<br><br>    Defendants. | 20 Civ. 453 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The parties are hereby ORDERED to appear for oral argument concerning the pending motions to appoint interim lead class counsel on

February 24, 2020, at 1:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:    February 11, 2020
           New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge