UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC YOUNG, ADAM KURTZ, and DAVID CRYSTAL on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER LIMITED, DIGFINEX INC., TETHER OPERATIONS LIMITED, TETHER INTERNATIONAL LIMITED, AND JOHN DOES 1-50,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:20-cv-00169 (KPF)<br>ECF Case<br>(Consolidated with Case Nos. 1:19-cv-09236-KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-KPF) |

## **Motion for Admission *Pro Hac Vice* of April D. Lambert**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, April D. Lambert, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Eric Young, Adam Kurtz, and David Crystal in the above-captioned action.

I am in good standing of the bar of the State of Illinois, and there are no pending disciplinary actions against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

1

Dated: February 21, 2020

                                          **RADICE LAW FIRM, P.C.**

                                          */s/ April D. Lambert*
                                          April Lambert
                                          475 Wall Street
                                          Princeton, New Jersey 08540
                                          Telephone: (646) 245-8502
                                          E-mail: alambert@radicelawfirm.com

                                          *Counsel for Plaintiffs Eric Young, Adam Kurtz, and David Crystal*