UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC YOUNG, ADAM KURTZ, and DAVID CRYSTAL on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER LIMITED, DIGFINEX INC., TETHER OPERATIONS LIMITED, TETHER INTERNATIONAL LIMITED, AND JOHN DOES 1-50,<br>      Defendants. | Civil Action No. 1:20-cv-00169 (KPF)<br>ECF Case<br>(Consolidated with Case Nos. 1:19-cv-09236-KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-KPF) |

## [Proposed] Order Granting Admission *Pro Hac Vice* of April D. Lambert

The motion of April D. Lambert for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Illinois (Bar No. 6288845) and that her contact information is as follows:

 April D. Lambert
 Radice Law Firm, P.C.
 475 Wall Street
 Princeton, NJ 08540
 Ph: (646) 245-8502
 Fax: (609) 385-0745
 alambert@radicelawfirm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Eric Young, Adam Kurtz, and David Crystal in the above-captioned case.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro have vice* in the above-captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.

Dated: _____          _____
                                                                    THE HONORABLE KATHERINE FAILLA
                                                                    UNITED STATES DISTRICT JUDGE